**Bryan Sean GALVIN, Petitioner**

v.

**COURT OF COMMON PLEAS BERKS COUNTY, Respondent**

No. 59 EM 2017

Supreme Court of Pennsylvania.

June 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of June, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record.

**Norman HARVEY, Petitioner**

v.

**Philadelphia Common Pleas Judge Charles J. CUNNINGHAM III, Respondent**

No. 61 EM 2017

Supreme Court of Pennsylvania.

June 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of June, 2017, the Petition for Writ of Mandamus is **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (observing that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward this filing to counsel of record and to strike the name of the jurist from the caption.